UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANGELA WALDER,

                Plaintiff,

    -against-                             07 Civ. 0235 (LAK)

WHITE PLAINS BOARD OF EDUCATION, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff, an employee of the White Plains School District ("WPSD") (erroneously sued herein as White Plains Board of Education) brings this action *pro se* against against WPSD, Narci Medina and the president of the CSEA local, presumably the union to which plaintiff belongs, Natalie Arone. Defendant Arone moves to dismiss the amended complaint.[1] Plaintiff has not responded to the motion.

        Ms. Arone's motion [DI 10 and 13] is granted, substantially for the reasons stated in her memorandum of law.

        SO ORDERED.

Dated:      September 23, 2009

                                              Lewis A. Kaplan
                                          United States District Judge

---

[1] The docket sheet reflects three motions. In fact, only two motions were filed – one on behalf of Ms. Arone and the other on behalf of WPSD and Ms. Medina. The motion on behalf of Ms. Arone was erroneously docketed twice, once as having been filed on her behalf and once as having been filed on behalf of the CSEA, which is not a party to the case.